# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2015

151472 & (28)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ALESA JAMES CARR,
        Plaintiff-Appellant,

v

MICHAEL WAYNE CARR,
        Defendant-Appellee.

SC: 151472
COA: 326782
Oakland CC: 2013-810368-DM

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 17, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2015



Clerk

t0505